## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| RICHARD MICKMAN, | : | No. 167 MM 2015 |
| Respondent | : | |
| v. | : | |
| ELAINE MICKMAN, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of February, 2016, the Application for Extraordinary Relief and Stay/Supersedeas of All Proceedings and the Petition for Leave to Clarify are **DENIED**.

    Justice Eakin did not participate in the decision of this matter.